IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02704-WJM-BNB

VAUGHN R. ARNOLD,

Plaintiff,

v.

MANNING NAVCOMP, INC., a Texas corporation,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. At the conference, I was informed that the parties intend to file a stipulation to dismiss the case, without prejudice and with each side to pay its own costs and attorneys fees, to allow the plaintiff to file a reissue application with the U.S. Patent Office for the patent-in-suit.

IT IS ORDERED that on or before **March 1, 2011**, the parties shall file an appropriate stipulation or motion to dismiss, without prejudice, each side to pay its own costs and attorneys fees.

Dated February 23, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge