## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 10-cv-02704-WJM-BNB

VAUGHN R. ARNOLD,

    Plaintiff,

v.

MANNING NAVCOMP, INC., a Texas Corporation,

    Defendant

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO JOINT STIPULATION AND Fed.R.Civ.P. 41(a)(1)(A)(ii)
_____

Pursuant to the Joint Stipulation of Dismissal (Doc. #29) and Fed.R.Civ.P. 41(a)(1)(A)(ii), the Court hereby ORDERS that the above-captioned case is DISMISSED, WITHOUT PREJUDICE.  Each party to pay his or its own costs and attorneys fees.

Dated this 28th day of February, 2011.

                                                  BY THE COURT:

                                                s/ *William J. Martínez*
                                                United States District Judge